UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN MILLER,<br><br>Plaintiff(s),<br><br>-against-<br><br>THE LEVINBOOK LAW FIRM, P.C., and JOHN DOES 1-25.<br>Defendant(s). | Civil Case No.: 1;18-cv-00381<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against THE LEVINBOOK LAW FIRM, P.C., and JOHN DOES 1-25.

Dated: New York, New York
       March 5, 2018

/s/ *Joseph K. Jones*
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
One Grand Central Place
60 East 42nd Street, 46th Floor
New York, NY 10017
(646) 459-7971 telephone
(646) 459-7973 facsimile
jkj@legaljones.com

*Attorneys for Plaintiff*

So ordered,
[signature] KBF
USDJ
3/5/18